IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEANNENE GAZAW, Individually and as the Representative of the Estate of BRADLEY GAZAW, JR., Deceased, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-2679 |
| SASOL NOTH AMERICA INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 7), this action is dismissed with prejudice.

SIGNED on October 22, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge